AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

Carlos J Holder Wendell

*Plaintiff*

v.

The Bolivarian Republic of Venezuela

*Defendant*

Civil Action No.

16 CA11649

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The Bolivarian Republic of Venezuela / La Republica Bolivariana de Venezuela
Delcy Eloina Gomez Rodriguez, Foreign Minister
El Minesterio de Poder Popular para Relaciones Exteriores
Avenida Urdaneta a Avenida Sur 4, Torre MRE
Planata Baja
Caracas 1010, Districto Federal
The Bolivarian Republic of Venezuela / La Republica Bolivariana de Venezuela

A lawsuit has been filed against you.

Within 60 [21 crossed out] days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Carlos J. Holder Wendell
503 Route 6a
Yarmouth Port, MA 02675-1915
United States of America / Estados Unidos de America

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/16/2016

*Signature of Clerk or Deputy Clerk*