Carlos J. Holder Wendell
503 Route 6a
Yarmouth Port, MA 02675-1915

August 15, 2016

Robert M Farrell, Clerk of Court
United States District Court, District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

RE:   New Filing:   Holder Wendell v Venezuela

Mr Farrell:

Please accept my filing of the new civil case, Holder Wendell v Venezuela as Plaintiff pro se. I have attached the fee of $400, Civil Cover Sheet, Civil Category Sheet, the original Complaint plus 3 copies, 2 summons, 2 translations of the complaint, 2 translations of the summons, and two requests for service abroad (including the certificate of service, Warning and List of Documents). I have also enclosed FedEx envelopes for return of documents to me as well as for forwarding for service upon the Defendant.

Under The Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed Nov 15, 1965, service of the summons and complaint in this matter can be obtained by the Clerk of Court requesting service to the Central Authority in Venezuela. This request must include two copies of the request form and associated documents, signed or stamped by the Clerk of Courts, two summons, two copies of the complaint, and translations of each. The Clerk is then to dispatch these to the Central Authority in Venezuela.

I have enclosed all required documents and a pre-paid FedEx label and envelope, so all that is required is your signature, stamp and/or seal on the request form and summons' as well as marking the Docket Number on all documents. Please enclose all documents for the Central Authority in Venezuela to effect service.

I have also enclosed a third copy of the complaint for you to mark with the docket number and return to me and a pre-paid FedEx label and envelope for this purpose. I also request you also send me information on receiving access to your online filing system as a Pro Se party.

Thank you for your attention and assistance in filing this suit and arranging for proper legal service of the defendant in accordance with the laws of the United States, Venezuela, and our International Treaties.

Sincerely,

Carlos J Holder Wendell
Plaintiff pro se

chw@wendellmarketing.com