

Wed Aug 24 17:28:03 GMT 2016

This Signature Proof of Delivery Letter has been requested by:
Name:
MINISTERIO DE RELACIONES EXTERIORES
Comments:



August 24, 2016

Dear Customer:

The following is the proof-of-delivery for tracking number **776966764767**.

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Guard/Security Station |
| **Signed for by:** | J.UAN CARLOS CARABALLO | **Delivery location:** | AV URDANETA, CARMELITAS A P LL CARACAS 1010 |
| **Service type:** | FedEx International Priority | **Delivery date:** | Aug 24, 2016 11:00 |
| **Special Handling:** | Deliver Weekday | | |
| | Direct Signature Required | | |



### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 776966764767 | **Ship date:** | Aug 19, 2016 |
| | | **Weight:** | 0.7 lbs/0.3 kg |

**Recipient:**
OF. DE RELACIONES CONSULARES
MINISTERIO DE RELACIONES EXTERIORE
AV URDANETA, CARMELITAS A P LLAGUN
EDIFICIO ANEXO A LA TORRE MRE, P 1
CARACAS 1010 VE
**Reference**

**Shipper:**
CIVIL CLERK
US DISTRICT COURT OF MA
1 COURTHOUSE WAY
SUITE 2300
BOSTON, MA 02110 US
Holder Wendell vs Venezuela

Thank you for choosing FedEx.